**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

1/11/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., | Case No. CV 16-8287 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HOT SHOT HK LLC, et al., | |
| Defendants. | |

Pursuant to plaintiff's Notice of Dismissal [as Against Hot Shot HK LLC] (Dkt. 15) and the parties' Stipulation to Dismiss Certain Claims with Prejudice as Against Rainbow USA, Inc. (Dkt. 18), IT IS ADJUDGED that:

1. All claims for relief against defendant Hot Shot HK LLC are dismissed without prejudice.

2. All claims for relief against defendant Rainbow USA, Inc. are dismissed with prejudice.

Dated this 11th day of January, 2017.


                                                /s/
                                     Fernando M. Olguin
                                     United States District Judge