1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 | |
| 12 | FABRIC SELECTION, INC., a California Corporation; |
| 13 | |
| 14 | Plaintiff, |
| 15 | vs. |
| 16 | |
| 17 | HOT SHOT HK LLC. d/b/a DOUBLE CLICK, a New York Limited Liability |
| 18 | Company; RAINBOW USA INC., a New York Corporation and DOES 1-10, |
| 19 | inclusive, |
| 20 | |
| 21 | Defendants. |

Case No.: 2:16-cv-08287-FMO-AS

**AMENDED JUDGMENT**

22
23
24
25
26
27
28

1

## <u>ORDER</u>

2         FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY

3    ORDERED:

4

5      1. All claims for relief against defendant Hot Shot HK LLC are dismissed without

6         prejudice.

7      2. All claims for relief against defendant Rainbow USA, Inc. are dismissed with

8         prejudice.

9      3. Plaintiff, Fabric Selection, Inc. and Defendant, Rainbow USA, Inc. will each

10        bear their respective costs and attorneys' fees as incurred against one another in

11        connection with this action.

12

13

14   **<u>IT IS SO ORDERED.</u>**

15   Date: January 17, 2017

16

17                                    _____
                                              /s/
18                                    The Honorable Fernando M. Olguin
                                      United Stated District Court Judge
19

20

21

22

23

24

25

26

27

28

AMENDED JUDGMENT